IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MICHAEL MÉNDEZ-RODRÍGUEZ | Civil No. |
| Plaintiff | |
| V.S. | |
| FRANCISCO GONZÁLEZ-CRUZ | CIVIL RIGHTS |
| Defendants | (Jury Trial is Requested) |

## COMPLAINT

TO THE HONORABLE COURT:

COME now plaintiff, Michael Méndez-Rodríguez, through the undersigned attorneys and very respectfully, SET FORTH and PRAY:

### I.    JURISDICTION AND VENUE

1.1.    This Honorable Court has subject matter jurisdiction over the instant matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343(3) for this action arises under the Constitution and the laws of the United States of America.  Plaintiffs seek monetary relief pursuant to 42 U.S.C. § 1983 for violations to their rights under the Fourth Amendment and attorney's fees pursuant to 42 U.S.C. § 1988. Supplemental jurisdiction over derivative state claims is sought pursuant to 28 U.S.C. § 1367.

1.2.    The District of Puerto Rico is the proper venue in which to hear the instant matter, pursuant to 28 U.S.C. § 1391(b) for this is the judicial district wherein the relevant facts took place, and it is also the judicial district where the defendant, Francisco González-Cruz, resides and where the Puerto Rico Police Department has its principal place of business.

## II.    THE PARTIES

2.1.    Plaintiff Michael Méndez-Rodríguez, is a U.S. citizen, married and a resident of Bayamón, Puerto Rico.

2.2.    Defendant Francisco González-Cruz is a U.S. Citizen, and has, at all relevant times been en member of the Puerto Rico Police Department.

## III.    THE FACTS

3.1.    On January 5th, 2024, at around 7:00 a.m. plaintiff, Michel Méndez-Rodríguez, was driving his motorcycle on the Baldorioty de Castro Avenue in Carolina.

3.2.    As plaintiff entered Route 66, defendant González-Cruz, while driving his squad car (Dodge Charger license plate GE-10951), turned on his sirens, lights and contacted the car on the right rear side of plaintiff's motorcycle.

3.3.    Plaintiff, fearing for his life, proceeded to accelerate his motorcycle, to prevent being run over by defendant.

3.4.    Notwithstanding plaintiff's maneuvers, the defendant again accelerated the squad car and hit his motorcycle on two additional occasions.

3.5.    On the third hit, plaintiff lost control of the motorcycle, fell on the pavement ending pinned with the barrier that divides the lanes in the avenue, causing suffering severe trauma and multiple injuries.

3.6.    The defendant always had a body camera that recorded the previous alleged facts.

3.7.    Plaintiff had to be assisted by paramedics that arrived at the scene and transported in ambulance to the Dr. Federico Trilla - Hospital University of Puerto Rico (hereinafter "Hospital") located in Carolina.

3.8.    In the Hospital Dr. María Ramos Fernández and Resident Doctor Natalia Rivera Mendoza provided medical care to the plaintiff, who was diagnosed with a

"displaced fracture of shaft of left clavicle; Barton's fracture of right radius, initial encounter for closed fracture; Laceration without foreign body, right knee, initial encounter; Contusion of left lesser toe(s) with damage to nail, initial encounter - chip fracture; Burn of unspecified body region, unspecified degree - road rash multiple areas."

3.9.    Plaintiff was prescribed Naprosyn and Percocet for the pain and was ordered to have an orthopedic evaluation.

3.10.    Plaintiff was hospitalized for 2 days and had to remain in bed for 2 months, being treated for his injuries with the assistance of family members and third parties.

3.11.    As a direct consequence of the illegal conduct displayed by the defendant, mainly of using his squad car to crash into the plaintiff's motorcycle, clearly employing excessive use of force, plaintiff suffered multiple injuries as described above and severe emotional damages.  These physical and emotional damages are estimated in no less than $1,000,000.

3.12.    The gross disregard for plaintiffs' rights and outright abusive behavior displayed by the defendant are of such nature that they shock the conscience and requires that punitive damages in no less than $500,000.00 be awarded in order to punish the defendant and deter others from incurring in similar conduct in the future.

## IV.    FIRST CAUSE OF ACTION (EXCESSIVE FORCE)

4.1.    By, without legal cause and in the clear absence of a threat, slamming on three occasions plaintiff's motorcycle with his squad car and pining him with the barrier that divides the lanes in the avenue, causing severe injuries to plaintiff, the defendant has incurred in the use of excessive force, in a situation where no force whatsoever was needed, all in violation of plaintiff's Fourth Amendment rights.

3

4.2.    Plaintiff is entitled to recover compensatory and punitive damages for the above-described violations.

## V.    SECOND CAUSE OF ACTION (PUERTO RICO TORT LAW)

5.1    The conduct imputed to the defendant constitutes an intentional infliction of damages to the plaintiff and may also be considered grossly negligent, as in using the official police vehicle to cause severe damages to the plaintiff, the defendant failed to apply established intervention protocols, making it foreseeable that injuries like the ones claimed herein could be inflicted.

5.2    Accordingly, plaintiff is entitled to compensatory damages for said violation.

## VI.    ATTORNEYS FEES

6.1.    Plaintiffs are entitled to reasonable attorney's fees under 42 U.S.C. § 1988.

## VII.    JURY DEMAND

7.1.    Plaintiff demands his Seventh Amendment right to have the instant action tried before a jury of his peers in all causes so triable.

**WHEREFORE** it is respectfully requested from this Honorable Court that the relief requested in the instant action be hereby **GRANTED**.

In San Juan, Puerto Rico this 2nd day of January 2025.

RESPECTFULLY SUBMITTED,

**M.L. & R.E. LAW FIRM**
Cobian's Plaza, Suite 404
1607 Ponce De León Avenue
San Juan, Puerto Rico 00909
Tel (787) 999-2979

*S/Jorge Martínez-Luciano*
**JORGE MARTÍNEZ-LUCIANO**
USDC-PR Number 216312
e-mail: jorge@mlrelaw.com

4

*S/Emil Rodríguez-Escudero*
**EMIL RODRÍGUEZ-ESCUDERO**
USDC-PR Number 224312
e-mail: emil@mlrelaw.com