IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MICHAEL MÉNDEZ-RODRÍGUEZ | CIVIL NO. 25-01000 (MAJ) |
| Plaintiff | |
| | CIVIL RIGHTS |
| V.S. | |
| FRANCISCO GONZÁLEZ-CRUZ | (Jury Trial is Requested) |
| Defendant | |

## MOTION IN COMPLIANCE WITH ORDER (DOCKET NUMBER 8) AND REQUEST FOR A JURY TRIAL ON DAMAGES

TO THE HONORABLE COURT:

COMES NOW plaintiff through the undersigned attorneys and very respectfully, SETS FORTH and PRAYS:

On July 8, 2025, this Honorable Court issued an order providing that "Plaintiff shall show cause as to why case should not be dismissed for lack of prosecution by 7/28/2025" (docket number 8). We now proceed accordingly.

Because defendant was lawfully served and failed to appear within the applicable term, on March 27, 2025, plaintiff moved for the entry of default and for a jury to be convened to hear evidence on the issue of damages (docket number 5). The Court ruled on that motion by entering default against the defendant while expressing that the "remaining requests are denied as premature" (docket number 6) (emphasis added). We understood this finding to mean that the Court preferred to give the defendant additional time to appear and perhaps show cause as to why the entry of default ought to be lifted. Hence, during the past few months, there was nothing for plaintiff to do but to wait for defendant to appear or for our request for a damages hearing to ripen to the Court's satisfaction.

We respectfully understand the order to show cause to mean that the case is ripe for adjudication, which is why we are renewing our request that a jury be convened to hear evidence on damages to be taxed on the defaulted defendant.

**WHEREFORE** it is respectfully requested from this Honorable Court that plaintiff be deemed in compliance with the order al Docket Number 8.

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their respective registered e-mail addresses.  Any non-registered attorneys and/or parties will be served via regular mail[1].

In San Juan, Puerto Rico this 23rd day of July, 2025.

RESPECTFULLY SUBMITTED,

**M.L. & R.E. LAW FIRM**
Cobian's Plaza, Suite 404
1607 Ponce De León Avenue
San Juan, Puerto Rico 00909
Tel (787) 999-2979

*S/Jorge Martínez-Luciano*
**JORGE MARTÍNEZ-LUCIANO**
USDC-PR Number 216312
e-mail: jorge@mlrelaw.com

*S/Emil Rodríguez-Escudero*
**EMIL RODRÍGUEZ-ESCUDERO**
USDC-PR Number 224312
e-mail: emil@mlrelaw.com

---

[1] We include a certificate of service because it is required by the Court's Local Rules but the fact is that no attorney or *pro se* parties have appeared in this case who are entitled to be served a copy of the foregoing, though ECF or otherwise.

2