IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MICHAEL MÉNDEZ-RODRÍGUEZ | CIVIL NO. 25-01000 (MAJ) |
| Plaintiff | |
| | CIVIL RIGHTS |
| V.S. | |
| FRANCISCO GONZÁLEZ-CRUZ | (Jury Trial is Requested) |
| Defendant | |

## MOTION IN COMPLIANCE WITH ORDER (DOCKET NUMBER 10) AND TO ANNOUNCE WITNESES FOR TRIAL

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiff through the undersigned attorneys and very respectfully, **SETS FORTH** and **PRAYS**:

On July 10, 2025, this Honorable Court issued an order setting a bench trial in the above-referenced case for August 12, 2025 and requesting plaintiff to inform the number of expected witnesses for said trial.  In compliance with said order, we inform the court that the only expected witnesses to appear at trial will be the plaintiff, Michael Méndez-Rodríguez and his father, David Méndez-Calderón.

**WHEREFORE** it is respectfully requested from this Honorable Court that plaintiff be deemed in compliance with the order al Docket Number 10.

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to

their respective registered e-mail addresses.  Any non-registered attorneys and/or parties will be served via regular mail[1].

In San Juan, Puerto Rico this 7th day of August, 2025.

RESPECTFULLY SUBMITTED,

**M.L. & R.E. LAW FIRM**
Cobian's Plaza, Suite 404
1607 Ponce De León Avenue
San Juan, Puerto Rico 00909
Tel (787) 999-2979

S/Jorge Martínez-Luciano
**JORGE MARTÍNEZ-LUCIANO**
USDC-PR Number 216312
e-mail: jorge@mlrelaw.com

S/Emil Rodríguez-Escudero
**EMIL RODRÍGUEZ-ESCUDERO**
USDC-PR Number 224312
e-mail: emil@mlrelaw.com

---

[1] We include a certificate of service because it is required by the Court's Local Rules but the fact is that no attorney or *pro se* parties have appeared in this case who are entitled to be served a copy of the foregoing, though ECF or otherwise.