10:35 AM- 12:09 PM

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO**

<u>**MINUTES OF PROCEEDINGS:**</u>

**BEFORE HONORABLE MARIA ANTORGIORGI-JORDAN, US DISTRICT JUDGE**

COURTROOM DEPUTY:     Marian B. Ramirez-Rivera     **Case: 3:25-CR-1000 (MAJ)**
COURT REPORTER:       Joe Reynosa                  Date: August 12, 2025
INTERPRETER:          Pura Reyes-Gilestra

================================================================================

                                            Attorneys Present

  Michael Mendez-Rodriguez                  Emil J. Rodriguez-Escudero
                                            Jorge Martinez-Luciano

    vs.

  Francisco Gonzalez-Cruz

================================================================================

**CASE CALLED FOR HEARING ON DAMAGES.**

Housekeeping matters were discussed. Counsels for plaintiff requested an extension of time
to file the certified translations of exhibits. The Court granted the request.

The following testimonies were heard on behalf of plaintiffs:

- Michael Mendez-Rodriguez. The Court proceeded to ask plaintiff some questions.
- David Mendez-Calderon.

Plaintiff rested.

The Court informed that an Opinion and Order will be filed.

**<span style="color:red">Certified translations due by 8/22/2025.</span>**

Exhibits:

- Plaintiff's: 1 (Hospital Discharge Order), 2 (Discharge Summary), 3 (W2 Withholding
  Statement 2023), 4 (W2 Withholding Statement 2024), 5 (Signed Miranda Warnings), 6
  (Photos).

                                            _**S/ Marian B. Ramirez-Rivera**_
                                            Courtroom Deputy Clerk