IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MICHAEL MÉNDEZ-RODRÍGUEZ | CIVIL NO. 25-01000 (MAJ) |
| Plaintiff | |
| V.S. | CIVIL RIGHTS |
| FRANCISCO GONZÁLEZ-CRUZ | (Jury Trial is Requested) |
| Defendant | |

## MOTION TO SUBMIT CERTIFIED TRANSLATIONS

TO THE HONORABLE COURT:

COMES NOW plaintiff, through the undersigned attorneys and very respectfully SET FORTH and PRAY:

On August 12, 2025, this Honorable Court held a hearing on damages in the above-referenced matter. Plaintiff admitted several exhibits as evidence to his damages, particularly medical records. Planitiff's Exhibit 1 was the discharge medical record from the University of Puerto Rico Hospital located in Carolina, Puerto Rico, which had several pages in the Spanish language. Plaintiff requested 10-days to submitt a certified translation of said portions, which was granted by this Honorable Court.

Plaintiff hereby includes a certified translation of the portions of Exhibit 1 that was admitted into evidence in the Spanish language, so that an official English certified translation version be included in the trial record.

WHEREFORE it is respectfully requested from this Honorable Court that the attached certified translation be accepted and made part of the trial Exhibit 1 in the instant case.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record, to their registered e-mail addresses.  Any non-registered attorneys and/or parties will be served via regular mail.

In San Juan, Puerto Rico this 22nd day of August, 2025.

RESPECTFULLY SUBMITTED,

**M.L. & R.E. LAW FIRM**
Cobian's Plaza - Suite 404
1607 Ponce De León Ave.
San Juan, Puerto Rico 00909
Tel (787) 999-2972

*S/Jorge Martínez Luciano*
**JORGE MARTÍNEZ-LUCIANO**
USDC-PR Number 216312
e-mail: jorge@mlrelaw.com

*S/Emil Rodríguez Escudero*
**EMIL RODRÍGUEZ-ESCUDERO**
USDC-PR Number 224312
e-mail: emil@mlrelaw.com

2