CERTIFIED TRANSLATION

[tr. note: This page is in English and therefore does not require translation, with the exception of the following excerpts:]

[body of text under "Arrival Date":] *Thank you for choosing Hospital University Puerto Rico for your care. The evaluation and treatment that you received today in the emergency department has been targeted and is not intended to substitute comprehensive medical care. It is impossible for us to identify and treat every aspect of injury and/or illness in a single emergency room visit. It is your responsibility to contact your primary care physician or specialist as soon as possible for examination and to notify them of this visit and any new or recurring symptoms. If symptoms worsen, return to the emergency room immediately.*

["FOLLOW UP INSTRUCTIONS":]
*When: 10 – 14 days: All Vital Reform patients MUST bring a referral from their primary care physician to be seen in Hospital clinics; Reason: To remove sutures*
***Clinic, Orthopedics***
*Reason: Continuity of care, Continue diagnostic assessment*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Michael Mendezrodrigue
MRN: 769309
ACCT: 1373556

| None |
| --- |

**X-rays and lab tests:**
X-rays and/or imaging studies may be preliminarily interpreted by the emergency physician. These studies will be read by a radiologist within 24 hours. You must stop by the radiology department to pick up the results and bring them to your physician. If you had a culture, it will take 24 to 72 hours for the results. If there is a change in the X-ray reading or a positive culture result, we will contact you. Please verify your phone numbers with registration before leaving the emergency room.

**Medications:**
If you received a prescription for medication today, it is important to pick it up and begin treatment today. Notify the pharmacist if you have any allergies. It is also important to inform your doctor about these medications prescribed to you and any other medications that you are currently taking.

**Patient Copy**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION


[tr. note: This page is in English and therefore does not require translation, with the exception of the following excerpts:]

["FOLLOW UP INSTRUCTIONS":]
*When: 10 – 14 days: All Vital Reform patients MUST bring a referral from their primary care physician to be seen in Hospital clinics; Reason: To remove sutures*

*Clinic, Orthopedics*
  *UPR Hospital, Federico Trilla*
  *Carolina, PR*
  *787-757-1800 X8134*
  *Reason: Continuity of care, Continue diagnostic assessment*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[tr. note: This page is in English and therefore does not require translation, with the exception of the following excerpts:]

["FOLLOW UP INSTRUCTIONS":]
*When: 10 – 14 days: All Vital Reform patients MUST bring a referral from their primary care physician to be seen in Hospital clinics; Reason: To remove sutures*

*Clinic, Orthopedics*
  *UPR Hospital, Federico Trilla*
  *Carolina, PR*
  *787-757-1800 X8134*
  *Reason: Continuity of care, Continue diagnostic assessment*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[tr. note: This page is in English and therefore does not require translation, with the exception of the following excerpts:]

[Header:] *Puerto Rico Medical Services Administration*

["Insurances":] *POSSIBLE AUTOMOBILE ACCIDENT COMPENSATION ADMINISTRATION*

["Additional Instructions":]
*FOLLOW-UP EN ORTHOPEDICS CLINIC AND AUTOMOBILE ACCIDENT COMPENSATION ADMINISTRATION*
*PATIENT PROVIDED WITH ORIENTATION ON CONDITION AND TREATMENT; HE UNDERSTOOD.*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.