## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MICHAEL MÉNDEZ-RODRÍGUEZ

*Plaintiff,*

v.

FRANCISCO GONZÁLEZ-CRUZ

*Defendant.*

Case No. 25-cv-1000 (MAJ)

## DEFAULT JUDGMENT

For the reasons set forth at the Opinion and Order published on this same day, the Court hereby **GRANTS** default judgment to Plaintiff in the amount of $81,840.92. This case is now closed for statistical purposes.

It is so **ORDERED**.

In San Juan, Puerto Rico, this 19th day of December, 2025.

> *s/ María Antongiorgi-Jordán*
> **MARIA ANTONGIORGI-JORDAN**
> **UNITED STATES DISTRICT JUDGE**