# Jorge I. Martínez-Luciano, Esq.

1607 Ave. Ponce de León, Cobian's Plaza Bldg.,  Suite 404, San Juan, P.R. 00909
Ofic.: (787) 999-2972 / Cel.: (787) 342-2041
e-mail: jorge@mlrelaw.com

**Summary**

- Admitted to the Puerto Rico Court System, the U.S. District Court for the District of Puerto Rico, U.S. Bankruptcy Court for the District of Puerto Rico, U.S. Court of Appeals for the First Circuit and to the U.S. Supreme Court.
- Experienced in federal civil rights employment law, general tort (personal injury and beyond), contract, medical malpractice, employment discrimination, extraordinary writs and electoral litigation both at the trial court and appellate jurisdictions of the state and federal jurisdictions.
- Appears in over 350 reported decisions (most in the official publication service and other only in databases such as Lexis  and Westlaw) at the Puerto Rico Supreme Court, U.S. Court of Appeals for the First Circuit and U.S. District Court for the District of Puerto Rico levels.
- Has participated in constitutional and other types of high level litigation and important, precedent-setting cases, most recently representing elected officials participating as *amici curiae* before the U.S. Supreme Court and U.S. Court of Appeals for the First Circuit, such as the case of *Trump v. United States*, 603 U.S. 593 (2024), in which we vigorously opposed the grant of immunity from prosecution to the President of the United States; in the case of *Aurelius Investment, LLC v. Puerto Rico*, 915 F.3d 838 (1st Cir. 2019) (holding that members of the Financial Oversight Board were in violation of the Appointments Clause), a case in which the undersigned was even allowed to participate at oral argument.  The Federal Oversight & Management Board filed a writ of certiorari before the U.S. Supreme Court challenging the U.S. Court of Appeals for the First Circuit decision issued in the case of *Aurelius Investment, LLC v. Puerto Rico*, 915 F. 3d 838 (1st Cir. 2019).  The U.S. Supreme Court issued a writ of certiorari and we also filed an *amicus* brief in support of the First Circuit's decision (*See Financial Oversight & Management Board for Puerto Rico v. Aurelius Investment, LLC*, 590 U.S. 448 (2020).  Another relevant *amicus* appearance (representing the Speaker of the Puerto Rico House of Representatives) in the also recent constitutional litigation of *United States v. Vaello-Madero*, 596 U.S. 159 (2022).  Also in recent times, successfully challenged a regulation imposing restrictions on internet content posted by candidates for political office, which a federal court struck as unconstitutional for violating the First Amendment of the U.S. Constitution.  *See P.R. Association of Mayors v. Vélez-Martínez*, 482 F. Supp. 3d 1 (D.P.R. 2020) and represented successful *amicus* before the Puerto Rico Supreme Court in *Senado de Puerto Rico v. Gobierno de Puerto Rico*, 203 D.P.R. 62 (2019) (holding that the Puerto Rico Secretary of State had to be confirmed by both houses in order to replace an outgoing Governor).  In the past has participated in similar landmark cases.  *See e.g. Roselló-González v. Calderón-Serra*, 398 F.3d 1 (1st Cir. 2004) (Successfully represented the Popular Democratic Party's Electoral Commissioner in case that decided the election of the Governor of Puerto Rico); *López-González v. Municipality of Comerio*,

1

404 F.3d 548 (1st Cir. 2005) (Successfully the Mayor of Comerio in novel case regarding statute of limitations for civil rights actions); *Acevedo-Vilá v. Meléndez Ortiz*, 164 D.P.R. 875 (2005) (Represented the Governor of Puerto Rico in constitutional controversy regarding the appointment of the Secretary of State); *Puerto Rico Telephone Company h/n/c Claro TV v. Junta Reglamentadora de Telecomunicaciones*, 179 D.P.R. 177 (2010) (Successfully represented the P.R. Telecommunications Board in a case that set forth the limits of a franchisee's intervention rights in a competitor's franchising process); *Pagán Colón v. Walgreens of San Patricio, Inc.*, 190 D.P.R. 251 (2015) (certified to the (Puerto Rico Supreme Court in *Pagán-Colón v. Walgreens of San Patricio, Inc.,* 697 F.3d 1 (1st Cir. 2012), (Represented a displaced employee in norm-setting case regarding the rights of spouses in employment discrimination cases); *MIDA v. Suárez-Meléndez*, 797 F.3d 191 (1st Cir. 2015) (successfully argued the constitutionality of an enhanced security fee charged by the Puerto Rico Ports Authority against a Commerce Clause challenge); *Colón-Marrero v. García-Vélez*, 813 F.3d 1 (1st Cir. 2016) (successfully argued the applicability of the Help America Vote Act of 2002 to voter registration systems in Puerto Rico and the existence of a personal cause of action for aggrieved voters), among many others.

- Taught Constitutional Law for two semesters at the Eugenio María de Hostos School of Law and Labor Law to graduate students at Sistema Universitario Carlos Albizu, Mayagüez Campus.
- Has authored and co-authored law review articles.
- Experienced in prophylactic legal practice, particularly in the drafting and implementation of anti-discrimination and anti-harassment policies.
- Trial experience both before the bench and before juries.
- Has argued over 40 cases before the U.S. Court of Appeals for the First Circuit and before the Puerto Rico Supreme Court.
- As appeared *pro hac vice* before the U.S. District Court for the Eastern and Western Districts of New York
- Experience before the U.S. Bankruptcy Court for the District of Puerto Rico representing creditors and other parties in both core and adversary proceedings.
- Fully bilingual (English-Spanish), working knowledge of Italian.
- Extensive experience in employment litigation extending to constitutional claims as well as special federal and local employment legislation.
- Extensive experience in appellate practice both at the state and federal appellate courts.
- Has rendered professional advice to various private and public employers and employees in the areas of management, retention, compensation and termination.
- Active Notary Public with experience in the closing of consumer and commercial mortgage loans.
- Vast experience in notary practice while handling a significant amount of consumer and residential mortgage closings for the former Banco Bilbao Vizcaya Argentaria, Banco Financiero y SOMO Mortgage Corporation.

| | | |
|---|---|---|
| **Education** | **Juris Doctor** | 1996-1999 |

**Education**

**Juris Doctor**  1996-1999
*Pontifical Catholic University School of Law, Ponce, P.R.*
*Cum laude*
Participated in the Law Review ("*Revista de Derecho Puertorriqueño*") and made the National Dean's Honor List.

**B.S. in Biology**  1991-1995
*Cum Laude*
*University of Puerto Rico, Mayagüez Campus, Mayagüez, P.R.*

## Career History

**Partner,** *Martínez Luciano & Rodríguez Escudero Law Firm*  2007-present

- Founding Member of the Firm.

- The firm represents private clients in complex civil litigation before state and federal courts, mostly in labor, damages and contractual litigation.

- Served as the main litigation firm for the Puerto Rico House of Representatives from 2021 until 2024.

- The firm also represents several Municipalities in state and federal lawsuits involving employment, contract, construction and personal injury matters.

- We also provide consulting services for the adequate management of human resources at both the public and private sector.

**Off-Counsel**, *Law Offices of Pedro E. Ortiz Alvarez, P.S.C.*  2001-2014

- Worked as a full-time associate until from May 2001 until September 2003, when I became an external consultant (off-counsel), pursuant to a professional services agreement.
- Assigned mostly to federal civil rights litigation.  Also handled a vast array of cases involving labor, contractual, commercial, corporate, healthcare management, bankruptcy, personal injury and medical malpractice cases.
- Successfully prosecuted trial proceedings before both jury panels and the bench.
- In charge of giving legal advice to private and government clients with regards to litigation, human resources and contractual affairs.

- Appeared in high profile electoral cases during the 2004, 2008 and 2012 electoral cycles.

**Special Counsel,** *Civil Rights Legal Task Force* 2003-2006

- Member of elite team of litigators assembled by the Puerto Rico Department.

- Represented government entities and officials in high-stakes, complex, civil rights litigation, mostly before the federal courts at both the trial court and appellate levels.

**Associate,** *Madera & Toro Law Firm* 2000-2001

- Worked on contract, construction and family law litigation at the trial and appellate levels.

- Actively and intensely performed notarial activities concerning residential and commercial mortgage loans.

- Served as a law clerk from 1998 until January 2000, when I passed the bar examination on the first attempt.