# Emil J. Rodríguez-Escudero, Esq.

1607 Ave. Ponce de León, Condominio Cobians Plaza,  Suite 404, San Juan, PR 00909
Ofic.: (787) 999-2972 / Cel.: (787) 529-2670
emil@mlrelaw.com

| | |
|---|---|
| **Summary** | - Admitted to the Puerto Rico Court System, the U.S. District Court for the District of Puerto Rico, U.S. Bankruptcy Court for the District of Puerto Rico, U.S. Court of Appeals for the First Circuit and to the U.S. Supreme Court. |
| | - Experienced in federal civil rights and labor litigation. |
| | - Appears in over 150 reported decisions at the Puerto Rico Supreme Court, Puerto Rico Court of Appeals, U.S. Court of Appeals for the First Circuit and U.S. District Court for the District of Puerto Rico levels. |
| | - Has participated in constitutional-level litigation and important, precedent-setting cases.  See e.g. *Ramos v. P.R. Med. Examining Bd.*, 491 F. Supp. 2d 238 (D.P.R. 2007) (Successfully represented physicians who challenged the constitutionality of the residency requirement of the Puerto Rico Medical Licensing Statute); *Soto Martínez v. Col. San José, Inc.*, 2009 U.S. Dist. LEXIS 82510 (JAG), (Successfully represented Colegio San Jose on a Title VII sex discrimination case.  The case was dismissed due to the insufficiency of the pleadings as required under the Twombly/Iqbal standard); *Puerto Rico Telephone Company h/n/c Claro TV v. Junta Reglamentadora de Telecomunicaciones*, 2010 T.S.P.R. 89 (Successfully represented the P.R. Telecommunications Board in a case that set forth the limits of a franchisee's intervention rights in a competitor's application process); *Partido Nuevo Progresista v. Conty Pérez*, 2012 T.S.P.R. 61, (Represented Popular Democratic Party in a highly-publicized case regarding the privacy of primary election voter's lists).  Most recently representing elected officials participating as *amici curiae* before the U.S. Court of Appeals for the First Circuit in the case of *Aurelius Investment, LLC v. Puerto Rico*, 915 F. 3d 838 (1st Cir. 2019) (holding that members of the Financial Oversight Board were in violation of the Appointments Clause), a case in which the undersigned was even allowed to participate at oral argument.  The Federal Oversight & Management Board filed a writ of certiorari before the U.S. Supreme Court challenging the U.S. Court of Appeals for the First Circuit decision issued in the case of *Aurelius Investment, LLC v. Puerto Rico*, 915 F. 3d 838 (1st Cir. 2019).  The U.S. Supreme Court issued a writ of certiorari and we also filed an *amici* brief in support of the First Circuit's decision (See *Financial Oversight & Management Board for Puerto Rico v. Aurelius Investment, LLC*, 140 S. Ct. 1649, decided June 1, 2020).  During the past year I have appeared on behalf of the Speaker of the Puerto Rico House of Representatives several times as *amici* before the U.S. Supreme Court in the cases of *Harper v. Moore*, Case No. 21-1271 and *Financial Oversight & Management Board for Puerto Rico v. Centro de Periodismo Investigativo, Inc.*, Case No. 22-96. |
| | - Experienced in prophylactic legal practice, particularly in the drafting and implementation of anti-discrimination and anti-harassment policies. |
| | - Trial experience both before the bench and before juries in both state and federal court. |

- Experience before the U.S. Bankruptcy Court for the District of Puerto Rico representing creditors and other parties in both core and adversary proceedings.
- Fully bilingual (English-Spanish).
- Extensive experience in employment litigation extending to constitutional claims as well as special federal and local labor legislation.
- Extensive experience in appellate practice both at the state and federal appellate courts.
- Has rendered professional advice to various private and public employers and employees in the areas of management, retention, compensation and termination.
- Active Notary Public.
- Vast experience in notary practice while handling a significant amount of consumer and residential mortgage closings for Banco Santander de Puerto Rico.

| **Education** | **Juris Doctor** | 2002-2005 |
|---|---|---|
| | *Inter-American University School of Law, San Juan, P.R.* | |
| | *Magna Cum laude* | |
| | President of the Federal Bar Association, Student Chapter for the Inter-American University. | |
| | **B.A. in Business Administration and Management Information Systems** | 1998-2002 |
| | *Villanova University, Villanova, PA* | |

## Career History

**Partner,** *Martínez Luciano & Rodríguez Escudero Law Firm*    2007-present

- Founding Member of the Firm.
- The firm represents private clients in complex civil litigation before state and federal courts, mostly in labor, damages and contractual litigation.
- The firm also represents several Municipalities in state and federal lawsuits involving labor, contract, construction and personal injury matters.
- We also provide consulting services for the adequate management of human resources at both the public and private sector.

**Off-Counsel**, *Law Offices of Pedro E. Ortiz Alvarez, P.S.C.*          2005-2012

- Worked as a full-time associate until October 2007, when I became an external consultant, pursuant to a professional services agreement.
- Assigned mostly to federal civil rights litigation.  Also handled a vast array of cases involving labor, contractual, commercial, corporate, healthcare management, bankruptcy, personal injury and medical malpractice cases.
- Successfully prosecuted trial proceedings before both jury panels and the bench.
- In charge of giving legal advice to private and government clients with regards to litigation, human resources and contractual affairs.